IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GARNET DIGITAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TIVO, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:13-CV-656<br><br><br>**JURY TRIAL DEMANDED** |

## ANSWER TO COUNTERCLAIMS OF TIVO, INC.

Plaintiff Garnet Digital LLC ("Garnet") files this answer to the counterclaims (Dkt. 13) of Defendant, TiVo, Inc. ("TiVo"), based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters. Any allegation not specifically admitted is denied.

## COUNTERCLAIMS

1.  Admitted that the counterclaims seek the relief specified, but denied that they merit such relief. Otherwise denied.

## JURISDICTION AND VENUE

2.  Admitted that this Court has subject matter jurisdiction over these counterclaims. Admitted that venue is proper for these counterclaims. Otherwise denied.

## THE PARTIES

3.  Admitted.

4.  Admitted.

## ACTS GIVING RISE TO THE COUNTERCLAIMS

5.  Admitted.

1

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

## COUNT I
## DECLARATORY JUDGMENT OF INVALIDITY OF
## UNITED STATES PATENT NO. 5,379, 421

10. Garnet incorporates and realleges the above paragraphs 1–9 as if fully set forth herein.

11. Denied.

## COUNT II
## DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT

12. Garnet incorporates and realleges the above paragraphs 1–9 as if fully set forth herein.

13. Denied.

14. Denied.

15. Denied.

## PRAYER FOR RELIEF

Garnet denies that TiVo is entitled to any of the relief sought in its prayer.

## JURY DEMAND

Garnet demands a trial by jury of any issues so triable by right.

Dated: December 3, 2013          Respectfully submitted,

/s/ Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886

zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Kris Y. Teng
Texas Bar No. 24079443
kris@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

S. Calvin Capshaw
State Bar No. 03873900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail:  ederieux@capshawlaw.com
E-mail:  jrambin@capshawlaw.com

*Attorneys for Garnet Digital, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of December 2013, I caused the foregoing to be electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ Matthew J. Antonelli
      Matthew J. Antonelli